391 A.2d 676

Commonwealth v. Bruner, Appellant.

Argued March 14, 1978. Nelson M. Galloway, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.